```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
UNITED STATES OF AMERICA            :
                                    :   12 CR 699
      -against-                     :   ORDER
                                    :
Nelson, et al                       :
                                    :
           Defendant                :
                                    :
------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/4/12

Alvin K. Hellerstein United States District Judge:

ORDERED that the defendant's bail be modified to include mental health evaluation and treatment.

Dated: New York, New York
~~September 28, 2012~~
10/3/12

SO ORDERED

_____
Alvin K. Hellerstein
United States District Judge