**LAW OFFICES OF**
**NATALI J.H. TODD, P.C.**

NATALI J.H. TODD
MEMBER: NY & MA BAR

189 MONTAGUE STREET
SUITE 508
BROOKLYN, NY 11201-3601

Tel: 718-797-3055
Fax: 718-504-3900
E-mail: natali_todd@yahoo.com
www.natalitoddlawyer.com

October 24, 2012

Via Facsimile - 212-805-7942
Honorable Alvin Hellerstein
U.S. District Judge
United States District Court
500 Pearl Street
New York, NY 10007

RECEIVED OCT 24 2012 CHAMBERS OF ALVIN K. HELLERSTEIN USDJ

Re:   U.S. v Janell Nelson, 12 Cr. 699

Dear Judge Hellerstein:

I write on behalf of all counsel and requests, on behalf of all counsel and without objection from the government, that the pre-trial conference in the instant case which is currently scheduled for October 26, 2012 at approximately 11:00 a.m., be adjourned without counsels' appearance for one month. This adjournment is necessary to allow for the sufficient review of discovery and to advise the Court what motions we intend to file. Discovery was turned over earlier in October but we are unable to access information on one of the discs. The government is aware of this problem and is in the process of duplicating the information in a different format so that the information can be accessed.

I have discussed this matter with all counsel and they join in this application. I have also discussed this matter with AUSA Capone and he has no objection to this request. I have conferred with your Honor's Chambers and was advised that November 30th at 10:00 a.m. is a good day for the Court. All counsel consent to an exclusion of time for speedy trial purposes.

Thank you for your consideration.

Respectfully,

Natali Todd

cc: AUSA Russell Capone (via mail)
    All counsel (via email)

*So Ordered, Time Excluded,*
*10-25-12*
*A. Hellerstein*